ESMAEIL FARSHI
P. O. Box 261203
San Diego, CA 92196
Phone: (865) 617-8212
e-Mail: farshi@anahitha.com

FILED
2011 AUG -1  AM 11: 55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMAEIL FARSHI,<br><br>Plaintiff<br><br>V.<br><br>SEPIDEH MOJTAHEDZADEH<br><br>SAEID MOJTAHEDZADEH<br><br>SABAKHANUM KHAZAN<br><br>Defendants | Civil No.   11 CV 1694 BEN WVG<br><br>TORT Through WIRE FRAUD, COMPUTER FRAUD, PROPERTY RIGHTS (PATENT) Under 18U.S.C.§1343, 18U.S.C.§1030 and 35U.S.C.§292 |

Plaintiff ESMAEIL FARSHI resident of the United States, and for cause of action would show unto the court the following:

1. This action is brought for a hearing to decide Plaintiff's tort due to Defendants' wire fraud, computer fraud and transferring Plaintiff's patents to foreign country through Defendants. The patents are very important technologies related to counter terrorism.

2. Plaintiff ESMAEIL FARSHI is a well-known famous international scientist who has about 100 publications and patents including two important patents in Explosives Detection: 1. US and International patent, Serial No. PCT/US08/85970 (2008). 2. US pending patent 13109965 (2011).

3. Defendant Sepideh Mojtahedzade (Plaintiff's ex-wife), citizen of the Islamic Republic of Iran, stole my laptop with documents and files of technologies related above mentioned patents. Her parents, Saeid Mojtahedzadeh and Sabakhanum Khazan, took my laptop with important information regarding above patents to their country (Islamic Republic of Iran) in June-July 2010.

4. Defendant SAEID MOJTAHEDZADEH, father of SEPIDEH MOJTAHEDZADEH took my stolen laptop with technologies inside it to his country Islamic Republic of Iran.

5. Defendant SABAKHANUM KHAZAN, mother of SEPIDEH MOJTAHEDZADEH had collaboration to SAEID MOJTAHEDZADEH to take my stolen laptop to their country Islamic Republic of Iran.

JURISDICTION

6. Jurisdiction in this case proper under 18U.S.C.§1343, 18U.S.C.§1030 and 35U.S.C.§292. Relief is requested pursuant to said statutes.

VENUE

7. Venue is proper in this court, pursuant to 18U.S.C.§1343, 18U.S.C.§1030 and 35U.S.C.§292, in that plaintiff may request a hearing on the matter in the District where Plaintiff resides.

CAUSE OF ACTION

8. Plaintiff is a resident of the United States. Plaintiff's laptop with technologies inside it was stolen by defendants.

9. Defendants stole Plaintiff's laptop with technologies inside it and took it to foreign country and sold them to un-known value. This happened in May-July 2010.

10. Defendant SEPIDEH MOJTAHEDZADEH has confessed that her parents took my laptop with technologies inside to foreign country. This laptop is still in that foreign country (Islamic Republic of Iran).

11. Files and documents of patents of Plaintiff were inside the stolen laptop. These patents are: 1. US and International patent, Serial No. PCT/US08/85970 (2008). 2. US pending patent 13109965 (2011).

12. Second patent was not yet filed in the US patent office when laptop was stolen. Plaintiff filed it as patent in May 2011. All technology of that patent including designs and all details were inside stolen laptop.

13. Above mentioned patents are only technologies in the world for Stand-off Explosives Detection. These technologies have very important role in counter terrorism activities of the USA.

PRAYER

Wherefore plaintiff prays this Court issue equitable relief as follows:

1. Issue injunctive relief commanding defendants to compensate all torts made against this plaintiff including but not limited to all monetary torts and compensatory relief in the sum of $5,000,000.00 for stealing patents by defendants and transferring them to foreign country.

2. Award plaintiff his costs of litigation.

Statement of Verification

I have read the above complaint and it is correct to the best of my knowledge.

1  I declare under penalty of perjury under the laws of the United States of America and the
2  State of California that the foregoing is true and correct. July 30, 2011, at San Diego, Cali-
3  fornia.



ESMAEIL FARSHI

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ESMAEIL FARSHI

**DEFENDANTS**
SEPIDEH MOJTAHEDZADEH
SAEID MOJTAHEDZADEH
SABAKHANUM KHAZAN

FILED
2011 AUG -1 AM 11:55

(b) County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**11 CV 1694 BEN WVG**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☒ 370 Other Fraud | ☐ 660 Occupational Safety/Health ☐ 690 Other | ☐ 840 Trademark | ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S. civil Statute: 18 USC 1343 and 18 USC §1030 and 35 U.S.C. § 292

Brief description of cause:
Wire Fraud, Computer Fraud, Property Rights (Patent)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 5,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 08/01/11

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

