NUNC PRO TUNC

NOV 1 0 2011

**FILED**

NOV 17 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            VM    DEPUTY

**ESMAEIL FARSHI**
P. O. Box 261203
San Diego, CA 92196
Phone: (865) 617-8212
E-Mail: farshi@anahitha.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESMAEIL FARSHI,**<br><br>Plaintiff<br><br>V.<br><br>**SEPIDEH MOJTAHEDZADEH**<br><br>**SAEID MOJTAHEDZADEH**<br><br>**SABAKHANUM KHAZAN**<br><br>Defendants | **Civil No. 3:11-CV-01694-BEN -WVG**<br><br>**SECOND AMENDED COMPLAINT: OPPOSITION ON DISMISS MOTION AND ADDING ROBBERY CODE TO COMPLAINT**<br><br>**Judge: HON. ROGER T. BENITEZ** |

Plaintiff ESMAEIL FARSHI, files this second amended complaint in opposition of dismiss motion filed by defendants and their attorney. I am sorry that I don't have money to hire an attorney result of stealing of my assets by defendants. Using and finding exact US panel codes in federal complaints are like playing game. Here I add just Robbery claim in my complaint. This is obvious that Robbery of my technology by citizens of a foreign country could be considered an enough reason for this complaint. This is not fair that my complaint is dismissed because I don't have money to hire an attorney but the defendants have millions dollars supporting money of their terrorist government to hire the best attorneys.

Usually defendants periodically find and replace an attorney to give free service to them and their country. While such attorneys are very expensive consuls in California and the USA

but just because of kindness to the defendants those attorneys enter in their cases as *pro bono* to help these defendants and their country. The previous attorney of the defendant SEPIDEH MOJTAHEDZADEH in state case claimed *pro bono* in beginning of the case but in the end she confessed to get hundreds thousand dollars as cash money from the defendant (or their country). Then that attorney resigned when FBI and IRS started investigation about money issues of the defendant has transferred from their terrorist country to the USA. Please note Islamic Republic of Iran government is under sanctions of the United Nation and the USA and any money originated from that country to any people in the USA could be considered as criminal. That is reason such expensive attorneys kindly help these citizens and terrorist countries and their government in *pro bono* while I never found till now even a cheap lawyer helps me in my cases as *pro* bono that is reason I am here without any attorney.

About claims of the defendants and their attorney in dismiss motion:

1) I had served them with my first complaint filed on August 1, 2011 but I have not officially served amended complaint filed on October 17, 2011 because summons have not yet been issued by this court. I am waiting for summons and according to rule after issuing summons the defendants should be served. Please note that even without summons I informed opposing consul about the amendment complaint that is reason he filed a dismiss motion.

2) I have filed only this federal lawsuit against the defendant and her parents. In civil state court I have filed three complaints against only the defendant SEPIDEH MOJTAHEDZADEH: one of them is related to her perjury in restraining court, other is related to her fraud and robbery by help of her terrorist cousin, and third one is related to forgery. Two of these cases have been entered in default against the defendant but I have given extra time to the defendant and her attorney to answer. Third one is in pending.

3) Terrorist country has spent million dollars money to hire the most expensive attorneys in my technology issue complaints to dismiss them and they try to escape from any trial by different methods. Please see Exhibit 3 related to email the defendant she claims hiring the most expensive attorney of California who has influence on Judges. In one of cases the attorney and the defendant claimed that I am a mental patient and I think I am

a scientist while I am not anything (please refer to case D528074). The attorney of the defendant tells the court in trial of June 20, 2011 the Mr. Farshi is a mental patient that he thinks he has two Ph.D. and he is a scientist. In that trial I requested the court to search my name in the internet and find thousands reference about me. Later the defendant and her attorney in a state lawsuit case claimed that I am a scientist but I have paranoia mental sickness and I fight in my mind with imaginary enemies and terrorists (please refer to case 37-2011-00094590-CU-FR-CTL) and my complaints are complete fiction. When they saw my last scientific works including my last patent on May 2011 granted between the best 100 patents of history and Police and FBI confirmation that I am victim of terrorists and crime, they changed their claim that my purpose is harassing my ex-wife because she has filed a divorce and restraining order against me. Please see Exhibits 1 and 2 show that I found and informed my ex-wife's illegal and criminal activities in January and February, 2011 before any divorce and restraining order complaint file by her in February 28, 2011. I requested her to tell truth the FBI. Then she referred to family court for a restraining order by order of her government to stop me but finally after spending millions dollars in family court they could not get any result. Then my claim about robbery of my technology by defendants and their illegal activities are before her divorce and restraining order claims not after them as the opposing consul claims here in dismiss motion declaration.

4) This is their technique to try to name me as vexatious litigant to stop any trial. I am victim of the defendants and their terrorist government. There are many cases for example case 11-024805 in Police department between many other cases (Exhibit 4). I am victim of the defendants' corruption in family court to issue a restraining order against me. Fortunately Commission on Judicial Performance could find corruption in our family case (D528075) and the Judge Goldsmith was fired by order of Commission because of her 27 violations. It is clear when I am victim of a court and terrorists actions this is my right to refer to different courts to file complaint against the dirty Judge, defendants and other people involved to harm and kill me.

5) The Department C-73 in civil court issued a vexatious order against me in an Ex Parte hearing filed by the defendant's previous attorney who is going to lose her California bar license because of many violations and she is under investigation of FBI and IRS because of criminal actions in my cases. There are many evidences that terrorist country government requested opposing consul to file Vexatious motion against me. One may see Exhibit 5 email sent by ALI RAHIMI and international terrorist and coun of the defendant that threatens me about their request from opposing consul to file a vexatious litigant motion against me. In Ex Parte hearing of Dept. C-73 I did not even what is meaning of VEXATIOUS. Other side, in that hearing the court and me did not know about firing Judge GOLDSMITH by Commission on Judicial Performance later result of corruption. When the Judge asked me in that Ex Parte hearing do you have any objection for motion of opposing consul about vexatious litigant, I told nothing. Yes exactly nothing because I did not know its meaning and I did not have any attorney. I found meaning of Vexatious just recently that is reason I filed a motion to vacate that order because that order was not correct and fair. I am absolutely sure that order will be vacated because of new facts including firing Judge GOLDSMITH, winning restraining order and other cases by me. While I have won 4 of my complaints and others are in pending then there was no any reason for vexatious order. For that order a person should have 7 repeatedly dismissed lawsuits while I have only one Federal court dismissal case and nothing in state court. The reason for federal court dismissal was related to immunity of Judge Goldsmith while she is fired from her office now and it shows my complaint was correct. They got an Ex Parte hearing in Dept. C-73 in request of Islamic Republic of Iran and request a motion of vexatious while I did not know its meaning. Then I never had objection about it. When I found it I requested a vacate motion and I am waiting for it. How is possible a state court declares a litigant as vexatious while in 10 lawsuits he has won 4 and other 6 are in pending without any dismissing?

6) The opposing consul and the defendant points to family court Judge's issue to cause an influence emotionally in Judge of federal or civil courts because they think all Judges

have prejudice about their colleagues even they are dirty. While they never say that Judge Goldsmith has been fired by removal from her office by order of Commission on Judicial Behavior because of 27 violations in my case: She had many Ex Parte communications with opposing consul, she got bribery money of 0.5 million dollars to issue 55 years restraining order against me. The order vacated and Judge was removed from her office. About Judge ALKSNE in state court please see Exhibit 6 that Hon. Kevin Enright reassigned the case to County of Sacramento because of reasonable person aware of the facts may doubt the ability of a member of San Diego bench to be impartial. Judge ALKSNE has started many lobby to dismiss the case in beginning that is reason it is sent to Sacramento court.

7) Please note after destroying my life the terrorists had decided to take defendants to their terrorist country. Two of defendants are now in Iran. But later terrorists when found a plaintiff can get his claims through assets of Iranian government blocked in the USA then they changed the method and decided to spend millions dollars to not permit the cases go to trial. The defendant has such duty before escaping to her country. She has already got an emergency passport from her government to escape in emergency cases.

8) Please note the defendants' surname of "MOJTAHEDZADEH' means "Child of Grand Ayatollah" in Persian. These people belong to the second biggest Ayotallah in Iran and all of their family work for Iranian terrorist regime that anybody can check it. The defendant's cousin ALI RAHIM is very famous international terrorist who has killed 60-70 people and now he has duty to kill me here in the USA (Exhibits 4 and 5).

9) Please see attachment email of the defendant, SEPIDEH MOJTAHEDZADEH in Exhibit 3. She claims about hiring the most expensive attorney who has influence on Judges.

10) Please see Exhibit 4 that shows the plaintiff is victim of crime and terrorists.

11) Please see Exhibit 5 email from terrorist cousin to threaten to use vexatious method against me.

12) The defendants here never given an answer about evidences like voice records, emails, and so on. Then never point about such evidences. They claim sometimes about harass-

ing purpose of the plaintiff for filing this complaint. In state cases they claimed about my mental problem and paranoia to dismiss the cases but they could not be successful. They never answer about voice records certified by police that the defendant confess about robbery of my technology.

13) Please note that export control rule of the USA does not include only governmental technology, FBI, and intelligent departments in export control rule. The federal government has defined export control for private companies and technologies too. My technologies have been determined as export control by the government. One may refer to Export Control Department of Homeland Security.

14) Judge ALKSNE and Attorney SEIFERT had duty to support illegal actions of defendants. They had extremely illegal actions but finally honest and brave Judges stopped them. Both of them are now out because of their violations. For example Judge ALKSNE tried to stop my complaints against her through lobbying with other Judges and many illegal actions but finally Presiding Judge Hon. KEVIN ENRIGHT bravely reassigned the case to county of Sacramento because aware of the facts may doubt ability of a member of the San Diego bench to be impartial. Please see Exhibit 6.

15) Exhibit 7 shows criminal background arresting of the defendant in San Diego.

16) Exhibit 8 shows my Curriculum Vitae including 100 publications. The companies are gone result of the defendants' criminal actions against the plaintiff.

17) Exhibit 9 shows the Teratron company was belong to the plaintiff but it is gone. It had 25 million dollars assets and stocks. As you see very famous people were on board of company like William Woolsey (former director of CIA), William Lotti, Richard Perle, and many others.

18) Exhibit 10 shows ANAHITHA company (www.anahitha.com). It is gone too.

19) Exhibit 11 shows on one of my patents.

20) Exhibit 12 shows contract of my company with NAVY.

21) Exhibit 13 shows one of threats by terrorists.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  November 8, 2011, at San Diego, California.



ESMAEIL FARSHI