To: Sepideh Mojtahedzadeh                          Date: February 3, 2011
    12543 Taunt Road,
    POWAY, CA 92064

CC to: IRS and Other US officials

From: Esmaeil Farshi
      12543 Taunt Road
      POWAY, CA 92064

Subject: Assets and Properties outside the USA
         Tax and Reports to IRS

Sepideh Mojtahedzadeh,

    This is an official notification for you. According to my knowledge you are a citizen of the Islamic Republic of Iran but resident of the USA. Since I found some suspicious activities in your financial issues and assets owned and sold outside the United States, I decided to file my tax return of 2010 separately from you. Then I am not responsible for your possible illegal activities.
    According to my information you should report all financial activities and assets inside and outside the US to IRS and other officials of the US government.
    The attachments are the documents related to some of your assets and financial activities in the Islamic Republic of Iran.

Esmaeil Farshi

Exhibit 1

1) Voice Record (3) at January 2, 2011:
- at 9:20: Sepideh (my ex-wife) says when one reaches to end of her life then she will kill all family including children.
- She talks about firing my house
2) Voice (11) at January 31, 2011:
- At 15:20 of record she says she has reach end of her life and she will kill herself.
3) Voice (12) at February 3, 2011:
- At 18:40 of record she says she has reached to end of her life. We discussed about her criminal and illegal works (including illegal deals with terrorists countries, hiding illegal money from IRS, and ...). I recommended her to go FBI and IRS and tell them true then law will decide about her. She threatened will kill herself and all of her life. In this record she attacked by fold to my 1.5 years old son and injured her hand. My son screams and I became angry I threatened to go police. She threatened to kill me then I went out house. She immediately called 911 that I have threatened her. I was not at home but Police had found she has hidden a gun at house. She was angry the police did not help her. Police reported they did not find anything against me. Since she had

Exhibit 2

Print | Close Window

Subject: Your home is gone
From: SEPIDEH MOJTAHEDZADEH <sepidehmojtahedzadeh@hotmail.com>
Date: Mon, Oct 31, 2011 3:32 pm
To: <farshi@anahitha.com>

You tried hardly to keep your house but I swored many times I will never permit to get your home before going to foreclosure. Your home will be in forclosure in February 3 and I will not evict house till that time. Afte foreclosure I will evict it but that house will not belong to you anymore.

I have hired the most expensive attorney of the california who is Professoer and all Judges were his student. He has very high influence on Judges and be sure he will stop eviction of house a couple of days till it goes to foreclosure then that house will not work for you.

I had swered I will never permit you get your house even in the last minute I fire the house.

Copyright © 2003-2011. All rights reserved.

Exhibit 3

Amended

INCIDENT NUMBER
11060051127

# SAN DIEGO REGIONAL
# CRIME / INCIDENT REPORT

| RELATED REPORTS | ADDNL PROPERTY | ADDNL OFFENSES LISTED IN NARR. | | PAGE 1 OF 6 | CASE NUMBER 11024805 |
|---|---|---|---|---|---|
| N | N | N | | | |

| BEAT 241 | DISTRICT | | DATE 06/26/2011 | DAY OF WEEK Sun | TIME 15:14 |
|---|---|---|---|---|---|

**CODE SECTION AND DESCRIPTION (ONE INCIDENT ONLY)**
PC / 422A / TERRORIST THREATS THAT THREATE

| LOCATION OF INCIDENT (OR ADDRESS) 9939 HIBERT ST #207 | CITY San Diego |
|---|---|

## VICTIM

| V | DC RP | VICTIM'S NAME (LAST, FIRST, MIDDLE / OR ORGANIZATION) FARSHI, ESMAEIL | | | | |
|---|---|---|---|---|---|---|

| W-TYPE 06 | RESIDENCE ADDRESS 9939 HIBERT ST #207 | CITY San Diego | STATE Ca | ZIP 92131 |
|---|---|---|---|---|

| RESIDENCE PHONE (865)617-8212 | RACE O | SEX M | DATE OF BIRTH 09/06/1967 | ID TYPE DL | ID NUMBER E2564571 | INTERPRETER REQUIRED N | RELATION TO: VICTIM / SUSPECT A |
|---|---|---|---|---|---|---|---|

| STATUS E | EMPLOYER (RANK IF MILITARY) | | BUSINESS PHONE | DAYS OFF | WORK HRS. | V/W ASSIST N |
|---|---|---|---|---|---|---|

| BUSINESS OR MILITARY ADDRESS | CITY | STATE ZIP |
|---|---|---|

**ADDITIONAL INFORMATION (VICTIM VEHICLE INFO. IF APPLICABLE)**
EMAIL: efarshi@yahoo.com

## WITNESS

| W | | VICTIM'S NAME (LAST, FIRST, MIDDLE / OR ORGANIZATION) Farshihaghro, Hossein |
|---|---|---|

| W-TYPE 06 | RESIDENCE ADDRESS 9940 ERMA RD #95 | CITY San Diego | STATE Ca | ZIP 92131 |
|---|---|---|---|---|

| RESIDENCE PHONE (619)502-1901 | RACE O | SEX M | DATE OF BIRTH | ID TYPE | ID NUMBER | INTERPRETER REQUIRED N | RELATION TO: VICTIM / SUSPECT B |
|---|---|---|---|---|---|---|---|

| STATUS U | EMPLOYER (RANK IF MILITARY) | | BUSINESS PHONE | DAYS OFF | WORK HRS. | V/W ASSIST N |
|---|---|---|---|---|---|---|

| BUSINESS OR MILITARY ADDRESS | CITY | STATE ZIP |
|---|---|---|

**ADDITIONAL INFORMATION (VICTIM VEHICLE INFO. IF APPLICABLE)**

| TOTAL # OF WITNESSES AT CRIME: 2 | PLACE OF ATTACK: 1. Structure |
|---|---|

DESCRIPTION OF SURROUNDING AREA: 1. Residential

| SPECIFY: | HOW USED: |
|---|---|
| SPECIFY: | HOW USED: |

## M.O. INFORMATION

| TYPE OF STRUCTURE | POINT OF ENTRY | SECURITY USED | SUSPECT ACTIONS |
|---|---|---|---|
| Residential | 0. N/A | 0. N/A | 56. USED THREATS |
| 5. SINGLE DETACH | 0. N/A | | |
| | 0. N/A | | |
| TARGET(S) | | | |
| 11. PERSON | | | |

TYPE LOCK ATTACKED

0. N/A

## ADMIN

| VICTIM INJURED: N | EXTENT OF TREATMENT: | SIC: NO, probably is: ? / ? |
|---|---|---|

| REPORTING OFFICER WALKER | I.D.# 6768 | DIVISION MC2 | | DETECTIVE(S) ASSIGNED | I.D.# | DIVISION |
|---|---|---|---|---|---|---|

| DATE AND TIME OF REPORT DATE: 06/26/2011 TIME: 15:06 | CASE STATUS 131 | AGENCY SDPD | CRIME TYPE PC / 422A |
|---|---|---|---|

ARJIS-2 (REV. 7-91)

*Exhibit 4*

Amended

# INVESTIGATION ADDENDUM REPORT

| | INCIDENT NUMBER |
|---|---|
| | 11060051127 |

| PAGE | CASE NUMBER |
|---|---|
| 3 OF 6 | 11024805 |

CONTINUED FROM
**CRIME REPORT**

CODE SECTION AND DESCRIPTION (ONE INCIDENT ONLY)
**PC / 422A / TERRORIST THREATS THAT THREATE**

LOCATION OF INCIDENT (OR ADDRESS)
**9939 HIBERT ST #207**

| | DATE | DAY OF WEEK | TIME | BEAT |
|---|---|---|---|---|
| CITY **San Diego** | 06/26/2011 | Sun | 15:14 | 241 |

PERSON(S) INVOLVED: VICTIM
**FARSHI, ESMAEIL**

SUSPECT (IF NAMED)
**Rahimi, Ali**

PROPERTY TAG NO(S)

## EVIDENCE COLLECTION

Officer's Investigation:

I conducted the following attempts to locate, collect and preserve evidence from the crime scene at

**9939 HIBERT #207, San Diego**

I made an effort to locate physical evidence       **YES**

LATENT PRINTS:

If YES, what areas were printed with what results:

| Location | # of Prints Lifted | Disposition |
|---|---|---|
| NONE FOUND | | |

| REPORTING OFFICER | I.D.# | DIVISION | | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| WALKER | 6768 | MC2 | | 06/26/2011 | 15:06 |

ARJIS-2 (REV 7-95 ELECTRONIC)

| Continued From: CRIME | San Diego Regional Officer's Report Narrative | | Incident Number 11060051127 |
|---|---|---|---|
| Page 5 of 6 | | | Case Number 11024805 |
| Code Section And Description (one incident only) PC / 422A / TERRORIST THREATS THAT THREATE | | Date 6/26/2011 | Day of Week Sun - |
| | | | Time 15:14 |
| Location Of Incident (Or Address) 9939 HIBERT ST #207 | | City San Diego | District | Beat 241 |
| Person(s) Involved: Victim FARSHI              , ESMAEIL | | | |
| Suspect (If Named) Rahimi        , Ali | | | |
| Property Tag No.(s) | | | |

## SYNOPSIS:

On 06/26/11, at 1514 hours, Esmaeil Farshi received an e-mail from Ali Rahimi, threatening the lives of Esmaeil Farshi's children if he attends the custody hearing on 06/27/11.

## ORIGIN:

On 06/26/11, at 1551 hours, I received a radio call to investigate a criminal threat.

## INVESTIGATION:

I arrived at the victim's father's house, 9940 Erma Road #95. I met the victim, Esmaeil Farshi, and obtained his statement (see statement below).

Based on the credibility of the threats, Poway Sheriff's deputies were contacted to conduct a welfare check at 1243 Taunt Road, the residence of Sepideh Mojtahedzadeh.

Officer Nabizadeh #4771 assisted and translated the threatening e-mail, which was written in Farsi. He confirmed the message said the following, "I AM ADVISING YOU (WARNING YOU) FOR THE SAFETY OF THE KIDS NOT TO GO TO COURT ON MONDAY."

I gave Esmaeil the case number for the incident.

## STATEMENTS:

### Statement of Esmaeil Farshi (Victim):

### (BACKGROUND)

Esmaeil Farshi believes the threatening message is from a relative of his ex-wife, Sepideh Mojtahedzadeh. Esmaeil and Sepideh were married in Iran in September of 1995. They have two children together: Arad Farshi (07-21-09) and Anahita Farshi (12-29-96). Esmaeil and Sepideh divorced on 01/06/11.

Esmaeil claims Sepideh has been diagnosed with bipolar disorder and has manic episodes. He says in 12/10, Sepideh stabbed his son in the wrist with a knife. Since the divorce in January, Esmaeil and Sepideh have shared custody of the children. A custody hearing was set for 06/27/11. Sepideh called

| Reporting Officer WALKER | ID # 6768 | Division MC2 | Approved By | Date of Report 6/26/2011 | Time 15:06 |
|---|---|---|---|---|---|

**Continued Y**

| Continued From:<br>CRIME | | San Diego Regional<br>Officer's Report Narrative | | Incident Number<br>11060051127 | |
|---|---|---|---|---|---|
| Page<br>6 of 6 | | | | Case Number<br>11024805 | |
| Code Section And Description (one incident only)<br>PC / 422A / TERRORIST THREATS THAT THREATE | | | Date<br>6/26/2011 | Day of Week<br>Sun | Time<br>15:14 |
| Location Of Incident (Or Address)<br>9939 HIBERT ST #207 | | | City<br>San Diego | District | Beat<br>241 |
| Person(s) Involved: Victim<br>FARSHI                  , ESMAEIL | | | | | |
| Suspect (If Named)<br>Rahimi          , Ali | | | | | |
| Property Tag No.(s) | | | | | |

Esmaeil on three separate occasions (01/31/11, 02/03/11, 02/06/11) and left voicemails threatening that she would kill herself and the children if he showed up to court. Esmaeil gave recordings of the voicemails to Poway Sheriff's. Esmaeil had a temporary restraining order issued against Sepideh, which expires on 06/27/11. Esmaeil believes Sepideh is working with an Iranian Islamic terrorist group and will be pressured by them to kill the children. He believes she is capable of causing them harm and has been physically violent with them in the past. On 06/12/11, Sepideh approached him in his vehicle and threatened him again that she would kill the children if he showed up in court. She also told him, "I have reached the end of my life."

Detective Meyer of the Poway Sheriff arranged to have the children housed in Polinsky until the custody hearing. The children were put into Polinsky on 06/23/11. However, a social worker (Maria Snyder?) took the children from Polinsky on 06/24/11 and returned them to Sepideh at 12543 Taunt Road. Esmaeil says Maria is a good friend of Sepideh.

## (CONTINUED STATEMENT):

On 06/26/11, at 1514 hours, Esmaeil was at his residence at 9939 Hibert Street Suite 207 when he received an e-mail from Ali Rahimi stating that Esmaeil should not go to court on Monday for the safety of his children. Esmaeil's father, Hossein Farshihaghro, recognized Ali Rahimi's name as a cousin of Sepideh. He is familiar with their family from Iran. He also recognizes Ali as a known terrorist. Esmaeil called police because he was concerned his children are not safe.

## PROPERTY DAMAGE/EVIDENCE/INJURIES/FOLLOW-UP/RELATED REPORTS:

None.

Approved By: Sgt. Wills #4558

| Reporting Officer<br>WALKER | ID #<br>6768 | Division<br>MC2 | Approved By | Date of Report<br>6/26/2011 | Time<br>15:06 |
|---|---|---|---|---|---|

**Continued Y**

e will stop you - Yahoo! Mail

**We will stop you**                                    Monday, September 12, 2011 10:07 AM

"Ali Rahimi" <alirahimi100@hotmail.com>
efarshi@yahoo.com

khanume Seifert to ra motavaghef khaahd kard motmaien bash. vagar na ma khodeum az raveshe khodem to
ra motavaghef khaahim kard.
Ali

Translation: Ms. Seifert will stop you using her own method.
If not then we will stop you using our own metho~

Exhibit 5

1

2

3

4

5

6

7

8

9

F I L E D

NOV 0 4 2011

By: R. Smith, Deputy

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

10 | ESMAEIL FARSHI,                                    ) Case No. 37-2011-00100123-CU-MC-CTL

11 |                         Plaintiff,                 ) **ORDER FOR REASSIGNMENT OF**
                                                        ) **CASE TO OUT-OF-COUNTY JUDGE**
12 | v.                                                 )

13 |                                                    )
    LORNA ALKSNE,                                       )
14 |                                                    )
                              Defendant.                )
15 |                                                    )

16 |                                                    )
   _____            )

17 |         Due to the nature of the above-entitled case and the parties involved, this matter was

18 | transferred to the Presiding Department of this court for further review.

19 |         Upon consideration of the pertinent background information, this court concludes that the

20 | circumstances are such that a reasonable person aware of the facts may doubt the ability of a

21 | member of the San Diego bench to be impartial.

22 |         Accordingly, this case has been reassigned for all purposes by the Honorable Tani Cantil-

23 | Sakauye, Chief Justice of the California Supreme Court and Chair of the Judicial Council of

24 | California, to the Honorable Jeffrey L. Gunther, Retired Judge of the Superior Court, County of

25 | Sacramento, pursuant to the authorization and assignment number 1020371-11.

26 |         The case file shall physically remain in San Diego County where this matter was filed.

27 | Scheduling of all matters shall be directed through the Clerk of the Presiding Department,

28 | located at 220 West Broadway, San Diego, California, 92101, telephone number (619) 450-5000.

Exhibit 6                          1

Order for Reassignment of Case to Out-of-County Judge

1   All pleadings shall likewise be filed with the Clerk of the Presiding Department, unless

2   otherwise ordered.

3        IT IS SO ORDERED.

4

5   DATED: ___11 - 4 - 11___

6                            HON. KEVIN A. ENRIGHT

                              PRESIDING JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order for Reassignment of Case to Out-of-County Judge

# San Diego County Sheriff's Department
## Arrest/Juvenile Contact Report

| | | | |
|---|---|---|---|
| CAD Event No.: **S7130759** | | Case No. **08077572** | **2** |
| Primary Victim: **Farshi, Esmaeil** | | Report No. **08077572.1** | Page 2 of 6 |

| Location Type: **20 - Residence/Home** | | | Domestic Violence: **Yes** |
|---|---|---|---|
| Criminal Activity **N - None/Unknown** | Type Security: | Hate/Bias: **88 - None (No Bias)** | |
| Weapons/Force: **40 - Personal Weapons (Hands, Feet, Teeth, etc.)** | Tools: | Gang Related: **No** | Entry | Point of Entry: |
| | | Targets: | |

## ARRESTEE/S

**Arrestee #1**



| Name: **Mojtahedzadeh, Sepideh** | AKA: | | County Residence: **R - Resident** | | Interpreter Language: |
|---|---|---|---|---|---|
| Home Address, City, State, ZIP: **12543 Taunt Rd, Poway, CA 92064** | | | | | |
| Race: **O** | Sex: **F** | Date of Birth / Age: **05/19/1969 - 36** | Height: **5' 6"** | Res. Country: **USA** | Place of Birth: **Iran** | Undocumented: **No** |
| | | | Weight: **130 lbs** | Hair Color: **BRO** | Eye Color: **BRO** | Facial Hair: **12 - None/Fuzz** | Complexion: **LBR - Light Brown** |
| Hair Style: **S - Straight** | Hair Length: **L - Shoulder** | Build: **NOR - Normal** | | Teeth: **1 - Normal** | Suspected User: **No** |
| Employment Status: **U - Unemployed** | Occupation/Grade: | Employer/School: | | Employer Address, City, State, ZIP: | |

| Type: **ME - Message Phone** | CONTACT INFORMATION | Number/Address: **865 617-8225** | |
|---|---|---|---|
| Type: **DLN - Drivers License Number** | Number: **109293474** | IDENTIFICATION State: **TN** | Country: |
| Attire: **Sweatshirt and Sweatpants** | | Suspect Actions: | |

### ARREST INFORMATION

| Arrest Type: **O - Probable Cause Arrest - New Case** | LE Disposition: **4 - Felony** | JUS 750 Type: **2 - Booked** | Citation No.: | Booking No.: **8194214** |
|---|---|---|---|---|
| Arrested For: **273.5 (A) - PC - INFLICT CORPORAL INJ ON SPOUSE/COHABITANT (F)** | | | Level: **F** | Completed: **Yes** | Counts: |
| Arrested By: **ROGERS, RYAN** | Arrest Date and Time: **12/11/2008 00:18:00** | Arrest Location, City, State, ZIP: **12543 Taunt Rd, Poway, CA 92064** | | Beat: **416** |
| Arrest Assisted By: **SH4389 - CARRILLO, LUIS** | | | | |
| Miranda Read: **No** | Admonished By: | Miranda Response: | Transported By: **ROGERS, RYAN** | |
| | | | Jail Billing Code: **SD Sheriff Poway** | Booked Location: **Las Colinas Detention Facility** |
| Armed With: **01 - Unarmed** | | Use of Force to effect Arrest: **No** | | |

### JUVENILES

| Adult Present: | Person Notified: | Juvenile Disposition: | Detention Name: |
|---|---|---|---|

| Reporting Officer: **ROGERS, RYAN** | Division / Organization: **Poway Station POWAY PATROL** | Reviewed By: **SH1038 - GRIGGS, KEITH** |
|---|---|---|
| Report Date: **12/11/2008 3:21:45 AM** | Detective Assigned: **SH1881 - CARRILLO, PETE** | Reviewed Date: **12/12/2008 06:50:06** |
| NetRMS_CASDCR.rtf v11-15-06 | SH7814 - MARCIAL, ELVIRA | |

Exhibit F

Componies are gone

# Curriculum Vitae

### Esmaeil Farshi, Ph.D.

**Founder and Chief Scientist of ANAHITHA Company**
**&**
**President and Chief Scientist of TERATRON, Inc.**

**Contact address:** 12543 Taunt Road,
Poway, CA 92064
Tel: (858)578-8820    Fax: (480)393-5810
Email: farshi@anahitha.com

## EXTRAORDINARY AWARDS
- **USA Citizenship because of extraordinary contribution to US National Security through inventions of advanced technologies (2009)**
- **USA Green Card as an Extraordinary Ability in Science and Engineering (2006)**

## EDUCATION
Doctor of Eng.   2001   Advanced Energy Eng. Systems, Kyushu University (Japan),
Ph.D.     1997     Electrical Engineering in Plasma, Amirkabir University of Technology,
M.Sc.     1993     Plasma Physics Amirkabir University of Technology,
B.Sc.     1990     Electrical Engineering, University of Tabriz.

## PROFESSIONAL EXPERTISE
- Plasma Physics
- EUV and UV
- Terahertz
- Stealthy Antennas
- Intelligent Antennas
- Radio Frequency
- Microwave
- Plasma Antennas
- Fusion Systems
- Power Electronics
- Radars
- Explosives Detection
- 

## ESPECIAL ABILITIES
- I have two different Doctoral Degrees in Plasma Physics and Energy Engineering,
- I can speak 6 different languages,
- I have about 20 years experience in different institutes around the world,
- I have published about 100 papers,
- I am inventor of 4 patents (plus other 5 patents in process)
- I have experience of work in International Thermonuclear Experimental Reactor.

1



Exhibit 8

**AWRDS**
- First in High School Diploma Examination in Azarbaijan Province (1985)
- First in National Mathematics Olympiad in the country (1985)
- Higher Education Ministry Scholarship (1986-1991)
- Science Ministry Ph.D. Scholarship award as a first in country (1993)
- Adjunct Researcher award with Kurchatov Institute of Russia (1996)
- Monbusho Japanese Government Scholarship (1998-2001)
- Center of Excellence Postdoctoral Researcher at NIFS in Japan (2001-2002)

## EMPLOYMENTS

**2006-Present: ANAHITHA Company and TEARATRON Inc., San Diego, California**
Founder and Chief Scientist
Terahertz, EUV (Extremely Ultra Violet), RF, Optoelectronics, Imaging, Smart Plasma
Antennas, Explosives Detection, and Microwave

**2006-2010: University of Tennessee, Knoxville, Tennessee**
Research Professor, Department of Electrical and Computer Engineering
- Teaching Graduate courses
- Research: Radio Frequency Energy Systems, Microwave, Terahertz, EUV, Plasma
  Antenna, Detection of Explosives for IED, Super Inductivity, Effect of Plasma in
  Biology, Effect of Plasma in Cancer Treatments, Effect of Plasma in Viruses
  (especially HIV Virus), Effect of Microwave and Terahertz in Cancer,
- Developing a Plasma Antenna, Super Inductivity, and Terahertz System for detection
  of Explosive materials
- Collaboration:
    - US Air Force in Super Inductivity and Plasma Antenna
    - ANHITHA Company: Super Inductivity, Effect of Plasma in Cancer
      Treatments, Effect of Plasma in Viruses (especially HIV Virus), Effects of
      Microwave and Terahertz in Cancer,

**2008/1-2009/1: CYMER Inc., San Diego, California**
Senior Engineer and Senior Scientist
EUV, RF systems, Plasma diagnostics, and …

**1/2005 - 12/2005: National Institute for Fusion Science, Toki (Japan)**
Guest Professor,
- Teaching Graduate courses,
- Research: Radio Frequency, Microwave, Large Helical Device machine, Super
  Inductivity, Power Electronics, Alfven Eigenmodes,
- Member of Experimental Department,
- Design, developing, and building a Microwave antenna for LHD (Large Helical
  Device) machine to measure Fourier harmonics, inductance, and Alfven Eigenmodes,

**9/2002 - 12/2004: Euratom in Europe (Germany, Netherland)**
Senior Scientist

- Research:  Radio Frequency, Microwave, TEXTOR Tokamak in Germany, International Toroidal Experimental Reactor (ITER), Super Inductivity,
- Design and building a Feedback Control System for controlling the neoclassical Tearing modes in TEXTOR and developing it to use in ITER,
- Member of International Toroidal Experimental Reactor (ITER) in Radio Frequency group,

9/2001 - 8/2002: National Institute for Fusion Science, Toki (Japan)
Center Of Excellence (COE) Postdoc
- Teaching different courses
- Research: Super Inductivity, Radio Frequency, Transports Codes
- Developing a Finite Element code for Interaction of Radio Frequency and plasma

5/1997 – 3/1998: Sharif University of Technology, Tehran (Iran)
Assistant Professor
- Teaching different courses,

1993-1997: Kurchatov Institute, Moscow (Russia)
Adjunct Researcher
- Research in TVD and Damavand tokamaks,
- Design and building the magnetic systems, feedback systems, grounding systems, experimental systems of the Damavand tokamak,

**PATENTS**
1. "ORBITRON BASED STAND-OFF EXPLOSIVES DETECTION," US and International patent, **Serial No. PCT/US08/85970 (2008).**
2. "New Generation of Radars for detection of Stealth Aircrafts," filed as Provisional US patent (2009).
3. "Super inductivity using kinetic Inductance concept," filed as Provision US patent (2009).
4. "Teratron as Microwave, Terahertz, and Neutron Source" US and International patent (2011).
5. "Teratron as Terahertz source for Networking" (2010).
6. "Terahertz Imaging through spectroscopy" (2011).
7. "Intelligent Plasma Antenna in Microwave and Terahertz range" (2011).

**RESEARCH AND SCHOLARLY ACTIVITIES**

**Books**
8. D.J. Campbell, and et al (2005). The ITER ECRH Upper Launcher: Status of EU Design and R&D Activities. *European Fusion Development (EFDA) Publication.*
9. Amrollahi, R., Farshi, E. (1993). Principal of Fusion Reactor Physics. 734 pages *Published by PPD: AEOI.*
10. Farshi, E. (2002). Study on Kinetic Processes in the Presence of Electrical Field in Plasmas. Published by *Scientific Commons* (Japan).
11. E. Farshi (1997). Disruption Instabilities in Tokamaks. *Published by PPD: AEOI.*

**Refereed Journal Papers**

12. Alexeff, I., Anderson, T., Farshi, E., Karnam, M., Pulasani, N. (2008). Recent Results for Plasma Antennas. *Phys. Plasmas,* Vol. 15, No. 5, pp. 057104.

13. Anderson, T., Alexeff, I., Farshi, E. (2007, accepted for publication) Plasma Antenna Windowing: Theoretical and Experimental Analysis. *IEEE Trans. Plasma Sci.*
14. Farshi, E. (2007). Fundamental of Capacitance Property in Tokamaks. *IEEE Trans. Plasma Sci.* Vol. 35, pp.1733-1737.

15. Westerhof, E., Lazaros, A., Farshi, E., and etal (2007). Tearing Mode Stabilization by Electron Cyclotron Resonance Heating Demonstrated in the TEXTOR tokamak and the Implication for ITER. *Nucl. Fusion* 47, pp.85-90 .

16. Anderson, T., Alexeff, I., Farshi, E., and et al (2007). Plasma Frequency Selected Surfaces. *IEEE Trans. Plasma Sci.* Vol. 35, Issue 2, pp. 407-415.

17. Finken, K.H., Abdullaev, S.S., Biel, W., de Bock, M.F.M, Busch, C., Farshi, E., and et al. (2005). Toroidal Plasma Rotation Induced by the Dynamic Ergodic Divertor in the TEXTOR Tokamak, *Phys. Rev. Lett.* Vol. 94, p. 15003.

18. Finken, K.H., Abdullaev, S.S., Biel, W., de Bock, M.F.M, Busch, C., Farshi, E., and et al. (2004). The dynamic Ergodic Divertor in the TEXTOR Tokamak, Plasma Response to Dynamic Helical Magnetic Field Perturbation. *Plasma Physics and Controlled Fusion*, Vol. 46, Issue 12B, B143.

19. Farshi, E. and Toi, Y. (2003). Inductance of RF Wave-heated Plasma. *Phys. Rev. Lett.,* Vol. 90, Issue 10, 105003.

20. Farshi, E., Brevnov, N., Gott, Y. (2002). Investigation of Tearing Modes Behavior in Predisruption Phase. *Phys. Plasmas*, Vol. 9, No. 2, p. 488.

21. Farshi, E., Amrollahi, R., Brevnov, N., Gott, Y., Shurygin, V. (2002). Nonmonotonic Spatial Distributions of Charge-Exchange Neutral Fluxes and Optical Radiation from Plasma in the DAMAVAND Tokamak. *Plasma Phys. Rep.* 28, No. 7, p. 535.

22. Farshi, E., Trubnikov, B. (2002). Exact Solutions of Problems about Optimum Compression of Gas by Cylindrical and Spherical Shock Waves. *Fusion Engineering and Design*, Vol. 60, Issue 2, p. 99.

23. Farshi, E. (2002). Study on Kinetic Processes in the Presence of Electrical Field in Plasmas. *Scientific Commons. P. 348.*

24. Farshi, E. (2002). プラズマ中に電場が存在する場合の運動論的過程に関する研究. 学位論文審査報告. 総理工博甲378号.

25. Farshi, E., Brevnov, N., Bortnikov, A., Gott, Y., Shurygin, V. (2001). Some Characteristics of Predisruption Phase in the Damavand Tokamak. *Phys. Plasmas*, Vol. 8, No. 8, p. 3587.

26. Farshi, E., Sato, K.N. (2001). Nonlinear Conductivity of Lower-Hybrid-Wave Heated Plasma in the Presence of an Electric Field. *Phys. Plasmas*, Vol. 8, No. 8, p. 3571.

27. Farshi, E., Fukuyama, Matsukuma, M., Kawai, Y. (2001). Non-Maxwellian Shape of Electron Distribution Function in Ion acoustic Turbulence. *IEEE Trans. Plasma Sci.*, Vol. 29, Issue 6, p. 907.

28. Farshi, E., Amrollahi, R., Bortnikov, A., Brevnov, N., Gott, Y., Shurygin, V. (2001). Behavior of Hard X-ray Emission in Discharges with Current Disruptions in the Damavand and TVD tokamaks. *Plasma Phys. Rep.* 23, No. 7, p. 561.

29. Farshi, E., Goudarzi, S., Amrollahi, R., Sato, K.N. (2001). Kinetic and Pair Collision Processes Effects on Magnetic Structures in Predisruption Phase of Tokamak Plasmas. *J. Plasma Fusion Res. SERIES*, Vol. 4, p. 280.

30. Farshi, E. (2001). A Mechanism of Producing Radial Electric Field. *J. Plasma Fusion Res. SERIES*, Vol. 4, p. 471.

31. Amrollahi, R., Farshi, E., Bortnikov, A., Brevnov, N., Gott, Y., Shurygin, V. (1997). Experimental Study of the Pre-Disruption Stage of Major Disruption in the Damavand Tokamak. *Plasma Phys. Rep.* 23, No. 7, p. 561.

**Refereed Journal Papers Under Final Review for Publication**

32. Farshi, E. (*Phys. Rev. Lett.*), Fundamental of Kinetic Inductance in Plasmas as an Intrinsic Property of Boltzmann Equation.

33. Farshi, E. (Plasma Phys. Control. Fusion) Comment on Energetic Ion Driven Alfven Eigenmodes in Large Helicon Device Plasmas with Three Dimensional Magnetic Structure and their Imapct on Energetic Ion Transport [Plasma Phys. Control. Fusion **46** (2004)S1-S13.

34. Farshi, E. (*IEEE Trans. Plasma Sci.*) Application of Nonlinear Characteristics of RF Wave Heated Plasmas in Power Electronics.

35. Farshi, E., and et al (*Nucl. Fusion*) ECRH Feedback Control on TEXTOR and ITER.

**Refereed Conference Papers Published in Proceedings**
36. Alexeff, I., Anderson, T, Farshi, E. (2008). Progress in Plasma Antennas, *ICOPS, Karlsruhe, Germany, June 15-19.*

37. Farshi, E., Alexeff, I., Anderson, T. (2007). Plasma Antenna Shielding, *Oral presentation in 49th Annual Meeting of the Division of Plasma Physics, The American Physical Society, Orlando, Florida, November 12–16.*

38. Igor Alexeff, Ted Anderson, Esmaeil Farshi, Naresh Karnam and Fred Dyer (2007). Plasma Antennas, Plasma Radomes, and Plasma FSS. *Proceeding of Annual Directed Energy Symposium TOC.*

39. Anderson, T., Alexeff, I., Farshi, E. (2007). Fast Opening Microwave Barrier and Independency of Polarization in Plasma Tubes. *Oral presentation in 49th Annual Meeting of the Division of Plasma Physics, The American Physical Society, Orlando, Florida, November 12–16.*

40. Alexeff, I., Anderson, T., Farshi, E. (2007). Plasma Antennas, *Invited Oral Oral presentation in 49th Annual Meeting of the Division of Plasma Physics, The American Physical Society, Orlando, Florida, November 12–16.*

41. Alexeff, I., Anderson, T., Farshi, E. (2007). Industrial Plasma Antennas, *Invited Oral Oral presentation in 49th Annual Meeting of the Division of Plasma Physics, The American Physical Society, Orlando, Florida, November 12–16.*

42. Farshi, E., Anderson, T., Alexeff, I. (2007). An Operating Intelligent Plasma Antenna, *ICOPS, Albuquerque, NM, USA, June 16-22.*

43. Alexeff, I., Anderson, T., Farshi, E. (2007). A Plasma Microwave Barrier That Opens in Microseconds, *ICOPS, Albuquerque, NM, USA, June 16-22.*

44. Alexeff, I., Anderson, T., Farshi, E. (2007). Plasma Tubes Intercept Microwave Radiation Independent of Polarization, *ICOPS, Albuquerque, NM, USA, June 16-22.*

45. Alexeff, I., Anderson, T., Farshi, E. (2007). *SMi's 11th Annual Stealth Conference, London, UK, February 12-13.*

46. Farshi, E., Alexeff, I., Anderson, T. (2007). An Improved Pulsed Power Source. *16th Symposium on Applications of Plasma Processes (SAPP XVI), Slovakia, January 20-25.*

47. Alexeff, I., Anderson, T., Farshi, E. (2006). An Improved Pulsed-Power Source. *In Proceeding of 4th Annual Multi-Functional Warhead and IED Workshop.*

48. Lazaros, A., Westerhof, E., Farshi, E., and et al. (2005). Suppression of Tearing Modes by Electron Cyclotron Heating in the TEXTOR Tokamak. In *Proceeding of 47th Annual Meeting of the Division of Plasma Physics, The American Physical Society, Denver, Colorado, October 24–28.*

49. Lazaros, A., Farshi, E., and et al. (2005). Suppression of Error Field Induced Tearing Modes by Electron Cyclotron Heating and Current Drive in TEXTOR Tokamak. *In Proceeding of Third IAEA Technical Meeting on "ECRH Physics and Technology for*

*ITER", Societa del Casino, Como, Italy, 2-4 May.*

50. Hogeweij, D., de Baar, M., De Bock, M., Farshi, E., and et al. (2004). Transport Studies with (Modulated) ECRH and ECCD in TEXTOR. *In Proceeding of 10th EU-US TTF Workshop, Varena, 6-9 September.*

51. Westerhof, E., Lazaros, A., Classen, I.G.J., Farshi, E., and et al. (2005). Suppression of Tearing Modes by Electron Cyclotron Heating and Current Drive. *In Proceeding of 32nd EPS Plasma Physics Conference, Tarragona, Spain, P4.071, 27 June -1 July.*

52. Westerhof, E., Donné, A.J.H, Hoekzema, J.A., Hogeweij, G.M.D., Andreev, V.F., Bel'bas, I.S., De Bock, M.F.M., Farshi, E., and et al. (2004). Physics studies with Electron Cyclotron Resonance Heating and Current Drive on TEXTOR. *In Proceedings of the 20th IAEA Fusion Energy Conference, Vilamoura, Portugal, 1 - 6 november 2004, Paper EX/P5-16.*

53. Westerhof, E., Donné, A.J.H, Hoekzema, J.A., Hogeweij, G.M.D., Andreev, V.F., Bel'bas, I.S., De Bock, M.F.M., Farshi, E., and et al. (2004). Observation and manipulation of mesoscale structures in TEXTOR *Proceedings of the 20th IAEA Fusion Energy Conference, Vilamoura, Portugal, 1 - 6 november 2004, Paper EX/P5-16.*

54. Hogeweij, G.M.D., De Baar, M., De Bock, M.F.M., Farshi, E., and et al. (2004). Transport Studies with (Modulated) ECRH and ECCD in TEXTOR. *In Proceeding of 10th EU-US Transport Task Force Workshop, Varena, 6-9 September.*

55. Oosterbeek, J.W., Westerhof, E., Hoekzema, J.A., Bongers, W.A., Farshi, E., and et al. (2004). Technical advances in the TEXTOR ECRH systems and preparations for feedback control of tearing modes. *In Proceeding of U.S. / Japan / Europe RF technology workshop, Amsterdam, 4-5 October.*

56. Westerhof, E., and et al. (2004). Long-Pulse Operation of the NEW 800 kW, 140 GHz Gyrotron on TEXTOR. *In Proceeding of 13th Joint Workshop on ECE and ECRH, Nizhny Novogrod, Russia, 17-20 May.*

57. Westerhof, E., Farshi, E., and et al. (2004). A Generic Method for Controlled ECRH/ECCD Localisation. *In Proceeding of 13th Joint Workshop on ECE and ECRH, Nizhny Novogrod Russia, 17-20 May.*

58. Finken, K.F., and et al. (2004). Recent results from the DED Operated in the 3/1 mode at TEXTOR. *In Proceeding of 10th IEA/RFP-WS, Padova-Italy, 10-12 May.*

59. Farshi, E., et al. (2004). Effects of ECRH on Magnetic Islands Created by the TEXTOR Dynamic Ergodic Divertor. *In Proceeding of 31st EPS Conference on Plasma Phys., London, 28 June – 2 July 2004, ECA, Vol. 28G, P-1.122.*

60. Farshi, E., (2003). Efficiency of Electron Cyclotron Current Drive in Tokamak Plasma. Oral Presentation and *In Proceeding of Plasma Physics and Short Time-Scale Physics Spring Meeting in Aachen, 24-28 March, p. 40.*

61. Westerhof, E., Farshi, E. (2003). Capabilities of the ITER Electron Cyclotron Resonance Heating Systems. *Report on ITER Tasks TW3-TPHE-ECHULA (f)2.2, 3.2, 7 October.*

62. Farshi, E., Westerhof, E., Bongers, W., Graswinckel, M.F., Hoekzema, J.A, Malygin, V., Oosterbeek, J.W., De Pol, M.V. (2003). ECRH Feedback Control on TEXTOR and ITER. *In Proceeding of IAEA Technical Meeting on ECRH Physics and Technology for ITER, July 14-16, Kloster Seeon, Germany.*

63. 王, 俊利, 鳥飼, 哲哉, Esmaeil Farshi (2002). Studies on Electrical Properties of Lowtemperature Epitaxial Si Films Deposited Using a Sputtering-type Electron Cyclotron Resonance Plasma. *Scientific Commons. P. 345.*

64. Farshi, E., Fukuyama, T., Matsukuma, M., Kawai, Y. (2001). Measurement of Electron Distribution Function in Ion Acoustic Turbulence. *In Proceeding of 25th ICPIG, Nagoya, July 17-22, Vol. 3, p. 181.*

65. Farshi, E. (2001). Nonlinear Characteristics of RF-Wave Heated Plasma in Tokamaks. Oral Presentation and In *Proceeding of PPPS 2001 Pulsed Power Plasma Science in Las Vegas, June 17-22, IEEE Conference Record. 28th IEEE International Conference on Plasma Science and 13th IEEE International Pulsed Power Conference (Cat. No. 01CH37255), p.*

66. F. Shayegh, M. Akbarnejad, A. Dehghani, E. Farshi (2000). "Kinetic Model of catalytic Cracking in Fluidized Bed Reactor". *The 2nd Int'l Oil, Gas and Petrochemical Congress, May 15-17, 2000, Tehran, Iran.*

67. Amrollahi, R., Farshi, E. (1996). Modeling an RLC Circuit for the Investigation of Disruption Instabilities in Tokamaks. *In Proceeding of 16th IAEA Fusion Energy Conf., Montreal, Vol.1, p.649.*

68. Farshi, E., Trubnikov, B., Vlasov, V., Zhdanov, S. (1996). On the Possible Generation of Gamma-Bursts in the Plasma Pinches. *In Proceeding of 23rd EPS Conf., Kiev, Vol. 20C, p.1345.*

69. Farshi, E., Trubnikov, B., Vlasov, V., Zhdanov, S. (1996). Semi-Relativistic Model of the Cosmic Ray Generation in a Plasma Pinch. *In Proceeding of 23rd EPS Conf., Kiev, Vol. 20C, p.1349.*

70. Farshi, E., Westerhof, E., Hoekzema, J.A, Bongers, W. (2004). ITER Electron Cyclotron Resonance Heating Systems, Oral presentation as an invited talk in *16th NNV/CPS Symposium, Lunteren, The Netherlands.*

71. Farshi, E. (2003). ECRH and ECCD Systems in ITER. Oral Presentation at *IAEA and ICTP Workshop on Plasma Physics, Trieste, Italy, 10-15 November.*

72. Farshi, E. (2001). Role of Electric Field in Conductivity of RF-Wave Heated Plasma. Invited Talk in *TCSC Seminar, National Institute for Fusion Science, Toki, 6 November.*

73. Farshi, E. (2001). Super Inductivity of RF-Wave Heated Plasma. Oral Invited Presentation at *TCSC Seminar, November 6.*

## Teratron is creating a new industry.

Terahertz waves have the potential to improve the world across an enormous range of industries, including manufacturing, medicine, security and telecommunications, but current methods of making terahertz waves require large, expensive, low-power devices that consume great quantities of energy.

Through the development of a new method of generating terahertz waves, Teratron aims to provide the world with cheap, powerful and efficient T-Waves that can be used to increase our security, improve our wireless infrastructure, detect cancer and much more. There are scores of industries that can make use of terahertz waves - if they can be supplied cheaply enough. Our goal is to make that happen.

© My Blog All Rights Reserved

Contact

Email   Jungle Disk

Exhibit 9

## Leadership

**Esmaeil Farshi.** Dr. Farshi holds two doctorates, a Ph.D. in Advanced Energy Systems from Kyushu University and a Ph.D. in Electrical Engineering in Plasma from AmirKabir University of Technology. Dr. Farshi holds five patents (with four more in process), has published over 100 papers and has held numerous academic positions. Dr. Farshi has worked on plasma and intelligent antennas for stealth aircraft. Most recently, Dr. Farshi was a Research Professor at the Department of Electrical and Computer Engineering at the University of Tennessee, where he conducted research on radio frequency energy systems, plasma antennas, and the effects of focused energy on cancer. While at the University of Tennessee he collaborated with the U.S. Air Force on super luminosity and plasma antennas. Prior to the University of Tennessee, Dr. Farshi was a Guest Professor at the National Institute for Fusion Science in Toki, Japan, a Senior Scientist at Garching in Germany and the Netherlands, a post doctoral fellow at the National Institute for Fusion Science, an Assistant Professor at Sharif University of Technology and an Adjunct Researcher at the Kurchatov Institute in Russia.

**Jonathan Perle.** Mr. Perle holds a MBA from the Columbia University and a J.D. from the University of Pennsylvania Law School. Prior to joining Teratron, Mr. Perle was an Advisor to the Chertoff Group, a consulting firm focused on homeland security, where he was involved in work related to passenger and cargo screening of explosive materials. Previously, Mr. Perle was an attorney with the law firm Paul, Hastings, Janofsky & Walker, LLP, where he was in the corporate department. While an attorney, Mr. Perle was focused on mergers and acquisitions across a wide array of industries. Prior to becoming an attorney, Mr. Perle worked for Defense Group Incorporated, Booz, Allen & Hamilton, Northrop Grumman and the US Senate Subcommittee on International Security, Proliferation, and Federal Services.

© My Blog. All Rights Reserved.                    Contact

## Board of Advisors

**William Luti.** William Luti is Executive Vice President for cybersecurity Programs at Digital Management, a leading IT solutions and business strategy consulting firm. He is responsible for providing cybersecurity solutions and services to certain federal, military and intelligence customers. In addition, he provides strategic direction and oversees business development activities for DMI's growing cyber security practice. He previously served as Vice President for Strategy at Northrop Grumman's $10 billion Information Systems sector where he played a leading role in defining the sector's growth strategy and served on the Northrop Grumman Corporation's Co-Chaired Strategic Development Council. Prior to the private sector, Mr. Luti served as Special Assistant to the President for Defense Policy and Strategy at The White House where he directed the President's personal defense staff and was responsible for interagency management for homeland and cyber defense, security cooperation, international defense agreements, national space policy, defense plans in support of military operations, and defense transformation. Mr. Luti served 26 years as a naval officer in a wide variety of assignments.

**Richard Perle.** Richard Perle is Resident Fellow, American Enterprise Institute for Public Policy Research, Washington DC where he directed it commission on Future Defenses. He is a leading authority on national security, military requirements, arms proliferation and defense, and regional conflicts. He has consulted for a number of large defense contractors including Northrop Grumman and Raytheon. Previously he served as Chairman of the Defense Policy Board (2001-2003). Assistant Secretary of Defense for International Security Policy (1981-87), and served on the US Senate Staff (1969-1980).

**James Woolsey.** R. James Woolsey is Chairman of Woolsey Partners LLC. He is also a Venture Partner and Senior Advisor to Vantage Point Venture Partners of San Bruno, California. Mr. Woolsey currently chairs the Strategic Advisory Group of the Washington, DC private equity fund, Paladin Capital Group, and he is of counsel to the Washington, DC office of the Boston based law firm, Goodwin Procter. In the above capacities he specializes in a range of alternative energy and security issues. Mr. Woolsey previously served in the U.S. Government on five different occasions, where he held Presidential appointments in two Republican and two Democratic administrations, most recently (1993-95) as Director of Central Intelligence. From July 2002 to March 2008 Mr. Woolsey was a Vice President and officer of Booz Allen Hamilton. He was also previously a partner at the law firm of Shea & Gardner in Washington, DC, now Goodwin Procter, where he practiced for 22 years in the fields of civil litigation, arbitration, and mediation. Mr. Woolsey has served in the past as a member of boards of directors of a number of publicly and privately held companies, generally in fields related to technology and security.



## ANAHITHA Company

**Research and Development in Plasma Applications and RF**



ANAHITHA

- Home
- ITER
- Service List
- Employments
    Explosives Detection
- Contact Us

# Explosives Detection System

Explosive detection is a very challenging task, yet integration of various techniques offers increased sensitivities and capabilities. Numerous technologies for detecting explosives have been proposed. Most of them remain in research stage.

An integrated, intelligent, and multi sensor system of **Microwave, Terahertz radiation, and Fast Neutron** technology **in a unique device (Teratron)** has been successfully produced in the Anahitha Co. for standoff explosives detection with auto discovery. Flexibility of Teratron for producing high power microwave, terahertz wave, and fast neutrons provides an excellent advantage for standoff explosives detection. The terahertz and microwave regimes are rich with emerging applications in sensing, imaging, and communications, with unique applications for screening for weapons, explosives, and biohazards. **This device is safe to human body.**

**Arad1** is a backpack version may detect explosives and narcotics in distances up to 50 meter. This revolutionary technology that uses Teratron as source is ready to deliver. Vehicle portable version to detect in range of 500 meter and a system to be used in airports will be ready soon. We have several issued and pending patents in this filed. **This technology is limited only to the Anahitha company and it is unique in the world.**





**Imaging RF and RDX hidden inside the luggage**

<u>**Operational and Performance Capabilities**</u>

1) A "clean slate" product without the limitations imposed by legacy technologies and concepts
2) Stand off detection: 50 meters - man source portable
3) Integrated: Detects, identifies, and produces an image of target
3) Cost effective: A fraction of existing laser and X-ray based systems
4) Scalable: Portable, transportable, fixed applications
5) Safe: No X-Rays and laser. Safe for human tissue, stand off application
6) Penetration: Clothing, cardboard, shoes, metal, concrete, and walls
7) Battery operated




**The backpack version**





*Exhibit 10*

3X" firmlikeld [The apparatus disclosed therein include

US007659520B2

(12) **United States Patent**
Farshi

(10) Patent No.: **US 7,659,520 B2**
(45) Date of Patent: **Feb. 9, 2010**

(54) **ORBITRON BASED STAND-OFF EXPLOSIVES DETECTION**

(75) Inventor: **Esmaeil Farshi**, Poway, CA (US)

(73) Assignee: **NexiGen, Inc.**, Fairfax, VA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 12/330,428

(22) Filed: Dec. 8, 2008

(65) **Prior Publication Data**
US 2009/0146060 A1    Jun. 11, 2009

**Related U.S. Application Data**

(60) Provisional application No. 61/005,530, filed on Dec. 6, 2007.

(51) Int. Cl.
*G01J 1/42*    (2006.01)
(52) U.S. Cl. ............ **250/393**, 250/390.06; 250/494.1; 250/306; 250/374; 376/114; 376/156
(58) Field of Classification Search ......... 250/390.06, 250/494.1, 306, 374, 393; 376/114, 156
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,754,196 A * | 6/1988 | Bunke et al. | 315/5.39 |
| 4,978,889 A * | 12/1990 | Schumacher | 315/111.21 |
| 5,215,703 A * | 6/1993 | Bernadet | 376/114 |
| 5,446,288 A * | 8/1995 | Tumer | 250/390.03 |
| 2002/0175288 A1 * | 11/2002 | Taleyarkhan | 250/358.1 |
| 2005/0023470 A1 * | 2/2005 | Giodzins | 250/390.11 |

* cited by examiner

*Primary Examiner*—David P Porta
*Assistant Examiner*—Jessica L Eley
(74) *Attorney, Agent, or Firm*—Italia IP; James A. Italia

(57) **ABSTRACT**

A microwave or terahertz and neutron radiation type detector, which uses an orbitron as a radiation source. The detector may have a polarity switching apparatus to enable the orbitron to selectively change from between short wave to neutron emission functions. A highly compact and lightweight identifier of explosives and other chemicals, which may be so small and light as to be hand held, and which is effective at stand-off distances, is thereby provided.

**14 Claims, 3 Drawing Sheets**



Exhibit 11

**STANDARD**

**NAVY COOPERATIVE RESEARCH AND DEVELOPMENT AGREEMENT**

**BETWEEN**

**NAVAL POSTGRADUATE SCHOOL**

**AND**

**NEXTGEN, INC.**

**AGREEMENT TITLE: THz Imaging System**

**AGREEMENT NUMBER: NCRADA-NPS-09-0137**

AGREEMENT ADMINISTRATORS:

**NAVAL POSTGRADUATE SCHOOL**

Technology Transfer Office:
    Danielle Kuska, Code 91, 831.656.2099,
    dkuska@nps.edu
Legal Counsel:
    Donald Lincoln, Code 00C, 831.656.3356,
    Dlincoln@nps.edu
Principal Investigator:
    Dr. Gamani Karunasiri, Code PH, 831.656.2886,
    gkarunas@nps.edu

**NEXTGEN, Inc.**

Preferred Contact:
    **Ross Shariati, 703.652.8447,**
    **rs@picknextgen.com**

Principal Investigator:
    **Dr Esmaeil Farshi, 858.578.8820**
    **e.farshi@picknextgen.com**

Exhibit 12

**Important**

Monday, June 27, 2011 12:14 AM

"Ali Rahimi" <moshaver@hotmail.com>
efarshi@yahoo.com

**Be shoma tosiyeh mishavad bekhater salamati bacheh-ha rooz doshanbeh be dadgah naravid.**

*translation : we recommend your it you care of your chi Safety, don't go the court on Monday.*

*Exhibit 13*