UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE CATHY ANN BENCIVENGO | ORDER OF TRANSFER |

The following civil cases are hereby transferred from the calendar of the Honorable Roger T. Benitez to the calendar of the Honorable Cathy Ann Bencivengo. After this transfer, the case numbers should be changed to reflect Judge Bencivengo's initials. Therefore, in all case numbers, the "BEN" that appears after the case number must be changed to "CAB." The assigned Magistrate Judge will remain the same. This change should be made on all future filings to ensure that all documents are properly routed to Judge Bencivengo.

All pending motion dates and pretrial conference dates currently scheduled before Judge Benitez are VACATED to be re-set by Judge Bencivengo.

1. 09-cv-02541-BEN-BGS    *Spencer v. Lattimore et al*
2. 10-cv-01379-BEN-WMC    *Borja v. Gonzalez et al*
3. 10-cv-01971-BEN-MDD    *Baetis Fund, L.P. v. Richard S. Zaltman 2007 Irrevocable Life Insurance Trust et al*

| | | | |
|---|---|---|---|
| 4. | 11-cv-00206-BEN-NLS | *Martinez, et al v. Guild Mortgage Company* |
| 5. | 11-cv-00360-BEN-NLS | *Arrizon v. Bank of America, NA et al* |
| 6. | 11-cv-00598-BEN-MDD | *Calabria v. Liberty Mutual et al* |
| 7. | 11-cv-01694-BEN-WVG | *Farshi v. Mojtahedzadeh et al* |
| 8. | 11-cv-01996-BEN-WVG | *Pace v. Figueroa et al* |
| 9. | 11-cv-02013-BEN-BLM | *Lake v. Escondido, City of et al* |
| 10. | 11-cv-02157-BEN-NLS | *Fujirebio Diagnostics, Inc. v. MyBioSource.com* |
| 11. | 11-cv-02340-BEN-NLS | *Ordonez v. U.S. Department of the Treasury et al* |
| 12. | 11-cv-02860-BEN-WMC | *Castro v. Swartout* |
| 13. | 09-cv-2728-BEN-WVG | *RQ Construction v. Ecolite Concrete* |
| 14. | 12-cv-21-BEN-WVG | *Dizon v. ITT Technical Institute et al* |

**IT IS SO ORDERED**.

DATED: February 23, 2012

_____
Hon. Roger T. Benitez
United States District Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE
ALL PARTIES/COUNSEL